UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR10-311-TSZ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| AKOP GYULASARYAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Conspiracy to Commit Bank Fraud; Bank Fraud

<u>Date of Detention Hearing</u>:    September 21, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was indicted on the above-referenced charges in August 2011.  He

was arrested in the Central District of California in August 2012. This is his first appearance before this Court. It is alleged that defendant was involved in a bank fraud scheme in which the total loss was one million dollars, and that defendant has been a fugitive since the charges were filed.

2. Defendant was not interviewed by Pretrial Services. Accordingly, most of his background information is unknown or unverified. Defendant is believed to be a non-citizen of the United States with a green card. He has some criminal history in this country, including a conviction for Burglary and Possession of a Driver's License to Commit Forgery from California.

3. Defendant does not contest detention.

4. Defendant poses a risk of nonappearance due to alleged fugitive status and unknown background information, as well as lack of citizenship. He poses a risk of danger based on the nature of the charges and criminal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 21st day of September, 2012.

Mary Alice Theiler
United States Magistrate Judge